B1 (Official Form 1) (04/13)

| UNITED STATES BANKRUPTCY COURT | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): Spillone, Vito, Dominick Jr | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): 3802 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): 204 Kenston Ct Geneva, IL 60134 | Street Address of Joint Debtor (No. and Street, City, and State): |
| County of Residence or of the Principal Place of Business: Kane | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): P.O. Box 406 Geneva, IL 60134 | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [X] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [X] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts** (Check one box.)
- [X] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [ ] Full Filing Fee attached.
- [X] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (*amount subject to adjustment on 4/01/16 and every three years thereafter*).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [X] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
- [X] 1-49
- [ ] 50-99
- [ ] 100-199
- [ ] 200-999
- [ ] 1,000-5,000
- [ ] 5,001-10,000
- [ ] 10,001-25,000
- [ ] 25,001-50,000
- [ ] 50,001-100,000
- [ ] Over 100,000

Estimated Assets
- [X] $0 to $50,000
- [ ] $50,001 to $100,000
- [ ] $100,001 to $500,000
- [ ] $500,001 to $1 million
- [ ] $1,000,001 to $10 million
- [ ] $10,000,001 to $50 million
- [ ] $50,000,001 to $100 million
- [ ] $100,000,001 to $500 million
- [ ] $500,000,001 to $1 billion
- [ ] More than $1 billion

Estimated Liabilities
- [ ] $0 to $50,000
- [ ] $50,001 to $100,000
- [X] $100,001 to $500,000
- [ ] $500,001 to $1 million
- [ ] $1,000,001 to $10 million
- [ ] $10,000,001 to $50 million
- [ ] $50,000,001 to $100 million
- [ ] $100,000,001 to $500 million
- [ ] $500,000,001 to $1 billion
- [ ] More than $1 billion

FILED DEC 09 2013 KENNETH S. GARDNER, CLERK UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS PS REP - GM

B1 (Official Form 1) (04/13)                                                                                                                                          Page 2

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): **Vito Dominick Spillone Jr** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
   Signature of Attorney for Debtor(s)   (Date)

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D, completed and signed by the debtor, is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D, also completed and signed by the joint debtor, is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13) — Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** |
|---|---|

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Vito D. Spiller* 
Signature of Debtor

X _____
Signature of Joint Debtor

630-788-8770
Telephone Number (if not represented by attorney)

12/9/2013
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

| **Signature of Attorney*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

X _____
Signature of Attorney for Debtor(s)

_____
Printed Name of Attorney for Debtor(s)

_____
Firm Name

_____
Address

_____
Telephone Number

_____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

| **Signature of Debtor (Corporation/Partnership)** | |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Vito Spillone* VS
Signature of Authorized Individual

*Vito D. Spillone* VS
Printed Name of Authorized Individual

Debtor VS
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT

In re Vito Dominick Spillone, JR        Case No. _____
        Debtor                                         (if known)

### EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☒ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

B 1D (Official Form 1, Exh. D) (12/09) – Cont.    Page 2

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

I certify under penalty of perjury that the information provided above is true and correct.

Signature of Debtor: *Vito Spell*
Date: *12-9-2013*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: Vito Dominick Spillone, Jr.   )
                                     )
                                     )
                                     )   Case No.
        Debtor(s)                    )
                                     )   Chapter
                                     )
                                     )

List of Creditors

| | |
|---|---|
| Healthcare Recovery Solutions<br>1515 190th St, Suite 350<br>Gardena, CA 90248-4910<br>800-337-4359  #7011861001  #771294001 | Delnor Community Hospital<br>Mail Processing Center<br>P.O. Box 739    800-579-3565<br>Moline, IL 61266-0739  #Y026657862 |
| TRI City Ambulance<br>P.O. Box 60090-0457<br>Wheeling, IL 60090-0457<br>800-244-2345<br>#11-19392 or 11-3000214 | DuPage Medical Group<br>15921 Collections Cntr. Drive<br>Chicago, IL 60693-0159<br>#302794601<br>630-942-7998 |
| Winfield Radiology Consultants, SC<br>6910 S. Madison St<br>Willowbrook, IL 60527-5504<br>#131814<br>630-321-2773 | Northwest Collections Inc.<br>3601 Algonquin Rd., Ste. 232<br>Rolling Meadows, IL 60008-3106<br>800-635-8943<br>847-255-8300 |
| Central DuPage Hospital<br>Mail Processing Cntr<br>P.O. Box 739    #7011861001<br>Moline, IL 61265<br>#771294001  877-459-4583 | Stoneleigh Recovery Assc, LLC<br>P.O. Box 1479<br>Lombard, IL 60148-8479<br>#854786<br>630-282-5762 |
| HSBC Card Services, Inc<br>P.O. Box 80084<br>Salinas, CA 93912-0084<br>888-574-1301<br>#5156250046925568 | Dennis Brebner & Associates<br>860 Northpoint Blvd<br>Waukegan, IL 60085-8211<br>847-887-8500<br>#01-11730126 |

Debtor/Joint Debtor's Name: Vito Dominick Spillone, Jr.

| | |
|---|---|
| Merchants Credit Guide Co.<br>223 W. Jackson Blvd, #400<br>Chicago, IL 60606<br>#302794601<br>888-249-3811 | CBCS<br>P.O. Box 69<br>Columbus, OH 43216<br>#0300093828 36/03-938283<br>888-325-3826 |
| Wells Fargo Home Mortgage<br>ATTN: Cashiering Dept, MAC T7416-023<br>4101 Wiseman Blvd<br>San Antonio, TX 78251<br>#0019889187   800-282-3458 | Wells Fargo Home Mortgage<br>ATTN: Cashiering Dept, MAC T7416-023<br>4101 Wiseman Blvd<br>San Antonio, TX 78251<br>#0032221285   800-282-3458 |
| Louis S. Freedman<br>Freedman, Anselmo Lindberg, LLC<br>1771 W. Diehl Road, Ste 150, P.O. Box 3228<br>Naperville, IL 60566-7228<br>877-729-6734 | |
| Volkswagen Credit<br>P.O. Box 17497<br>Baltimore, MD 21297-1497<br>#848239388<br>800-428-4034 | Vital Recovery Services, INC<br>P.O. Box 923748<br>Norcross, GA 30010-3748<br>#01598/178 or W848239388<br>800-732-6606 |
| Pro Consulting Services, INC<br>Collections Division<br>P.O. Box 66768<br>Houston, TX 77266-6768<br>#10445892   713-523-1800 | Bank of America<br>P.O. Box 15026<br>Wilmington, DE 19850-5026<br>#5490994724973342<br>800-789-6701 |
| US Bank<br>Recovery Department<br>P.O. Box 5227, ML CN-OH-W15<br>Cincinnati, OH 45202-5227<br>#1545098495301<br>866-434-2103 | Collection Corp<br>P.O. Box 4947A<br>Birmingham, AL 35210-1928<br>AME-71-1133360298<br>800-678-3052 |
| Enhanced Recovery Co., LLC<br>P.O. Box 1967<br>Southgate, MI 48195-0967<br>#376103135<br>800-496-0234 | Crestwood Group LLC<br>P.O. Box 22630<br>Cleveland, OH 44122<br>#31524761400<br>800-741-9922 |
| Asset Acceptance, LLC<br>P.O. Box 2036<br>Warren, MI 48090-2036<br>#11-2671419<br>877-850-0053 | State Collection Services Inc<br>2509 S. Stoughton Rd<br>Madison, WI 53716<br>#Y020657862<br>608-661-3067 |
| Atkinson & Associates<br>1250 Executive Place, Ste 501<br>Geneva, IL 60134<br>#<br>630-232-7457 | River Collection & Recovery Serv., INC<br>P.O. Box 992<br>Elk River, MN 55330<br>#639096<br>866-633-6030 |

Debtor/Joint Debtor's Name: Vito Dominick Spillone, Jr.

| | |
|---|---|
| Citibank N.A.<br>C/o Citicorp Credit Services, Inc., USA<br>Home Depot Credit Services<br>P.O. Box 6530024<br>Dallas, TX 75265-3024<br>#603532200589974   800-536-0898 | EOS CCA<br>700 Longwater Drive<br>Norwell, MA 02061<br>#473720170 / #376103135<br>877-870-3241 |
| AT&T Mobility<br>P.O. Box 6463<br>Carol Stream, IL 60197-6463<br>#287019363548<br>800-331-0500 | American Express<br>P.O. Box 360001<br>Fort Lauderdale, FL 33336-0001<br>#372763521876006<br>800-327-2177 |
| First Source Advantage LLC<br>205 Bryant Woods South<br>Amherst, NY 14228-3609<br>#79006<br>866-517-7458 | Northland Group Inc<br>P.O. Box 390905<br>Minneapolis, MN. 55439<br>#F50264935<br>866-751-7033 ext 3245 |
| Citibank Preferred Mastercard<br>P.O. Box 6500<br>Sioux Falls, SD 57117<br>#5410654301013410<br>888-248-4465 | AFNI, INC<br>404 Brock Drive<br>P.O. Box 3517<br>Bloomington, IL 61702-3517<br>#0294430087-01   866-716-1273 |
| Ford Credit<br>P.O. Box 64400<br>Colorado Springs, CO 80962-4400<br>#00000045363465<br>800-727-7000 | CADENCE<br>25 North Winfield Road<br>Winfield, IL 60190<br>#1083408<br>630-933-3300 |
| ~~Winfield Radiology Consultants~~<br>ARSI<br>555 St. Charles Dr., Ste 110<br>Thousand Oaks, CA 91360<br>#9764   805-379-8500 | NCO Financial Sys., INC<br>507 Prudential Road<br>Horsham, PA 19044<br>#8151 / #JS9355 / #CID029865854010 USD<br>888-226-9244 |
| 1st National Processing<br>P.O. Box 3429<br>Thousand Oaks, CA 91359<br>#4223697400050774<br>800-324-9825 | FIA Card Services<br>P.O. Box 15026<br>Wilmington, DE 19850-5026<br>#888888059178<br>800-653-2465 |
| E R Solutions, INC<br>P.O. Box 9006<br>Renton, WA 98057-9006<br>#B-26573910<br>800-653-9156 ext 2767 | LTD Financial Services, L.P.<br>7322 Southwest Freeway, STE 1600<br>Houston, TX 77074<br># CBS 603522005899764<br>713-773-3100 |
| Richard J. Boudreau & Assc, LLC<br>5 Industrial Way<br>Salem, NH 03079<br>#5410654301013410<br>603-890-1644 | Associated Recovery Systems<br>P.O. Box 469046<br>Escondido, CA 92046-9046<br>#20738065<br>800-317-0469 |

Debtor/Joint Debtor's Name: __Vito Dominick Spillone, Jr.__

| | |
|---|---|
| Citibank VISA NA/CitiBusiness<br>P.O. Box ~~No. 4830~~ ~~ES~~ 6500<br>Sioux Falls, SD 57117<br>#4122510031257499<br>800-317-0469 | CVCS<br>7500 Office Ridge Circle<br>Eden Praire, MN 55344-3628<br>#FF6458<br>800-767-7895 |
| Valley Emergency Care Mngmnt<br>P.O. Box 9367<br>Daytona Beach, FL 32120-9367<br>#64X2964133   877-342-7261 | Collection Corp<br>P.O. Box 4947A<br>Birmingham, AL 35210-1928<br>#AME 71-113360298<br>800-678-3052 |
| Lee Lumber & Building Corp.<br>3250 North Kedzie<br>Chicago, IL 60618<br>#35962<br>773-509-6700 ext 308 | |